KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:   ksfrank@coblentzlaw.com,
         ef-jdg@cpdb.com,
         jburke@coblentzlaw.com

Attorneys for Broadcast Music, Inc., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; TOKECO TUNES; BGM NETWORK, INC. d/b/a BILL GREEN MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BEECHWOOD MUSIC CORPORATION; ABKCO MUSIC, INC.; PAINTED DESERT MUSIC CORPORATION; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; SONG 6 MUSIC, <br><br>Plaintiffs, <br><br>v. <br><br>COWBOY UP, INC. d/b/a MAVERICKS; JENNIFER NICOLE ADAMS and JUSTIN WILLIAM McGRATH, each individually, <br><br>Defendants. | Case No. <br><br>**COMPLAINT** <br><br>Trial Date:      None Set |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION

1.   This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

13389.001 2898569v1

1

**COMPLAINT**

## VENUE

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## INTRADISTRICT ASSIGNMENT

3. Pursuant to Civil L.R. 3-2(c) and General Order No. 44, this case is properly assigned to any division of this Court, except that pursuant to Civil Local Rules 3-2(g) and 73-1, Plaintiffs do not consent to assignment to a Magistrate Judge in the Eureka Division.

## THE PARTIES

4. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

5. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

6. Plaintiff Universal – Songs of Polygram International, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Tokeco Tunes is a sole proprietorship owned by Toby Keith Covel. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff BGM Network, Inc. is a corporation doing business as Bill Green Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Beechwood Music Corporation is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Abkco Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Painted Desert Music Corporation is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Universal Music-Z Tunes LLC is a limited liability company doing business as Universal Music Z Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Song 6 Music is a sole proprietorship owned by Daniel Robert Powter. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Defendant Cowboy Up, Inc. is a corporation organized and existing under the laws of the State of California, which operates, maintains and controls an establishment known as Mavericks, located at 397 Aviation Boulevard, Suite E, Santa Rosa, California 95403 in this district (the "Establishment").

16. In connection with the operation of the Establishment, Defendant Cowboy Up, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

17. Defendant Cowboy Up, Inc. has a direct financial interest in the Establishment.

18. Defendant Jennifer Nicole Adams is the President of Defendant Cowboy Up, Inc. with responsibility for the operation and management of that corporation and the Establishment.

19. Defendant Jennifer Nicole Adams has the right and ability to supervise the activities of Defendant Cowboy Up, Inc. and a direct financial interest in that corporation and the Establishment.

20. Defendant Justin William McGrath is the Vice President of Defendant Cowboy Up, Inc. with responsibility for the operation and management of that corporation and the Establishment.

21. Defendant Justin William McGrath has the right and ability to supervise the activities of Defendant Cowboy Up, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

22. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 21.

23.     Plaintiffs allege nine (9) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

24.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

25.     For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

26.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

27.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

28.     For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants

1  publically performed and/or caused to be publicly performed at the Establishment the musical

2  composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have

3  committed copyright infringement.

4    29. The specific acts of copyright infringement alleged in the Complaint, as well as

5  Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable

6  damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire

7  at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless

8  this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will

9  suffer irreparable injury for which they have no adequate remedy at law.

10   WHEREFORE, Plaintiffs pray that:

11   (I) Defendants, their agents, servants, employees, and all persons acting under their

12 permission and authority, be enjoined and restrained from infringing, in any manner, the

13 copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

14   (II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section

15 504(c);

16   (III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant

17 to 17 U.S.C. Section 505; and

18   (IV) Plaintiffs have such other and further relief as is just and equitable.

19

20 DATED: August 5, 2014    COBLENTZ PATCH DUFFY & BASS LLP

21

22
         By: */s/ Karen S. Frank*
23            Karen S. Frank
           Attorneys for Broadcast Music, Inc., et al.

24

25

26

27

28

13389.001 2898569v1

5

**COMPLAINT**

# **Schedule**

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Blue Moon a/k/a Does That Blue Moon Ever Shine On You |
| Line 3 | Writer(s) | Toby Keith |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc.; Toby Keith Covel, an individual d/b/a Tokeco Tunes; BGM Network, Inc. d/b/a Bill Green Music |
| Line 5 | Date(s) of Registration | 4/8/96 |
| Line 6 | Registration No(s). | PAu 2-022-343 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Jessie's Girl |
| Line 3 | Writer(s) | Richard Lewis Springthorpe a/k/a Rick Springfield |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 4/28/81   11/20/81 |
| Line 6 | Registration No(s). | PA 100-885   PA 124-280 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | She Used To Be Mine |
| Line 3 | Writer(s) | Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/4/93 |
| Line 6 | Registration No(s). | PA 605-935 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | We Are The Champions |
| Line 3 | Writer(s) | Freddie Mercury |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/18/77   12/23/77 |
| Line 6 | Registration No(s). | Eu 846122   Ep 377973 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | You Can't Always Get What You Want | |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard | |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. | |
| Line 5 | Date(s) of Registration | 2/10/69 | 4/27/70 |
| Line 6 | Registration No(s). | Eu 99333 | Ep 272713 |
| Line 7 | Date(s) of Infringement | 06/02/2014 | |
| Line 8 | Place of Infringement | Mavericks | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 7 | |
| Line 2 | Musical Composition | Ring Of Fire | |
| Line 3 | Writer(s) | June Carter; Merle Kilgore | |
| Line 4 | Publisher Plaintiff(s) | Painted Desert Music Corporation | |
| Line 5 | Date(s) of Registration | 11/23/90 | 9/17/62 |
| Line 6 | Registration No(s). | RE 498-587 | Ep 167400 |
| Line 7 | Date(s) of Infringement | 06/02/2014 | |
| Line 8 | Place of Infringement | Mavericks | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | World's Greatest a/k/a The World's Greatest |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs |
| Line 5 | Date(s) of Registration | 3/7/02 |
| Line 6 | Registration No(s). | PA 1-084-039 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Bad Day |
| Line 3 | Writer(s) | Daniel Powter |
| Line 4 | Publisher Plaintiff(s) | Daniel Robert Powter, an individual d/b/a Song 6 Music |
| Line 5 | Date(s) of Registration | 8/21/06 |
| Line 6 | Registration No(s). | PA 1-164-791 |
| Line 7 | Date(s) of Infringement | 06/02/2014 |
| Line 8 | Place of Infringement | Mavericks |