KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ksfrank@coblentzlaw.com,
        ef-jdg@cpdb.com,
        jburke@coblentzlaw.com

Attorneys for Plaintiffs
Broadcast Music, Inc., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; TOKECO TUNES; BGM NETWORK, INC. d/b/a BILL GREEN MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BEECHWOOD MUSIC CORPORATION; ABKCO MUSIC, INC.; PAINTED DESERT MUSIC CORPORATION; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; SONG 6 MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>COWBOY UP, INC. d/b/a MAVERICKS; JENNIFER NICOLE ADAMS and JUSTIN WILLIAM McGRATH, each individually,<br><br>Defendants. | Case No. 4:14-cv-03523-JSW<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: August 5, 2014<br>Trial Date:        None Set |

Plaintiffs filed a motion to continue by thirty (30) days the Case Management Conference currently scheduled for January 23 , 2015.  The parties are currently in the process of exchanging settlement papers and Plaintiffs anticipate dismissing the case before the end of January 2015.

Accordingly, the Court GRANTS Plaintiffs' motion to continue the Case Management Conference currently scheduled for January 23, 2015.

The Case Management Conference is hereby continued to March 27, 2015 at 11:00 a.m. The parties' joint case management statement is due on March 20, 2015.

DATED: January 8, 2015

_____
HON. JEFFREY S. WHITE
United States District Court Judge