KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
BEJAN FANIBANDA (State Bar No. 266377)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ksfrank@coblentzlaw.com,
         ef-jdg@cpdb.com,
         ef-bdf@cpdb.com.

Attorneys for Plaintiffs
Broadcast Music, Inc., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; TOKECO TUNES; BGM NETWORK, INC. d/b/a BILL GREEN MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BEECHWOOD MUSIC CORPORATION; ABKCO MUSIC, INC.; PAINTED DESERT MUSIC CORPORATION; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; SONG 6 MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>COWBOY UP, INC. d/b/a MAVERICKS; JENNIFER NICOLE ADAMS and JUSTIN WILLIAM McGRATH, each individually,<br><br>Defendants. | Case No. 4:14-cv-03523-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED HEREIN<br><br>Complaint Filed: August 5, 2014<br>Trial Date:      None Set |

Plaintiffs filed a motion to continue by sixty (60) days the Case Management Conference currently scheduled for March 27, 2015. Plaintiffs intend to file a motion for ~~summary~~ default judgment against Defendants ~~and anticipate a hearing date of May 8, 2015~~.

Accordingly, the Court GRANTS Plaintiffs' motion to continue the Case Management Conference currently scheduled for March 27, 2015.

The Case Management Conference is hereby continued to June 19, 2015 at 11:00 a.m. If Plaintiffs file a motion for default judgment before that date, the Court shall vacate the case management conference, and will refer the motion to a randomly assigned Magistrate Judge for purposes of preparing a report and recommendation.

DATED: March 23, 2015

_____
HON. JEFFREY S. WHITE
United States District Court Judge

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663