IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC. ET AL,

    Plaintiffs,

v.

COWBOY UP, INC. ET AL,

    Defendants.

No. C 14-03523 JSW

**AMENDED ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On April 1, 2015, Plaintiff filed a motion for default judgment against Cowboy Up. Inc. d/b/a Mavericks, Jennifer Nicole Adams, and Justin William McGrath and noticed it for hearing on May 22, 2015.  Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion.  The hearing date set for May 22, 2015 is VACATED.  If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 510-637-3541.

**IT IS SO ORDERED.**

Dated: April 3, 2015

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk