UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>            Plaintiffs,<br>   v.<br>COWBOY UP, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C 14-03523 JSW (LB)<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE AMENDED DECLARATIONS** |

Plaintiffs – Broadcast Music Inc. ("BMI"), a licensor of the right to publicly perform copyrighted music compositions, and the copyright owners of the nine compositions that are the subject of this lawsuit – sued Defendant Cowboy Up, Inc. ("Cowboy Up"), doing business as Mavericks, and Defendants Jennifer Nicole Adams and Justin William McGrath individually for copyright infringement. (Compl., ECF No. 1.)[1] On November 10, 2014, the Clerk of the Court entered default against Defendants, and Plaintiffs now move for default judgment. (*See* Entry of Default, ECF No. 21; Motion for Default Judgment ("Motion"), ECF No. 28.)

Accompanying Plaintiffs' motion for default judgement are the Declarations of Karen S. Frank and Brian Mullaney. (Frank Dec., ECF No. 28-1; Mullaney Dec., ECF No. 28-3.) The Frank Declaration refers to Exhibits A through C, and the Mullaney Declaration refers to Exhibits A and B, but none of which is attached. (Frank Dec., ECF No. 28-1 ¶¶ 16-18; Mullaney Dec., ECF No. 28-3

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page number at the top of the document.

¶¶ 12 and 16.) Plaintiffs are directed to file amended declarations that attach these exhibits no later than 10:00 a.m. on April 10, 2015.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER; REPORT AND RECOMMENDATION
C 14-03523 JSW (LB)

2